IN THE SUPREME COURT OF THE STATE OF DELAWARE

| | | |
|---|---|---|
| DV REALTY ADVISORS LLC, | § | |
| | § | No. 464, 2016 |
| Defendant Below, | § | |
| Appellant, | § | |
| | § | Court Below: Court of Chancery |
| v. | § | of the State of Delaware |
| | § | |
| POLICEMEN'S ANNUITY AND | § | C.A. No. 7204-VCS |
| BENEFIT FUND OF CHICAGO, | § | |
| ILLINOIS, et al., | § | |
| | § | |
| Plaintiff Below, | § | |
| Appellees, | § | |
| | § | |
| and | § | |
| | § | |
| | § | |
| DV URBAN REALTY PARTNERS | § | |
| I, L.P., | § | |
| | § | |
| Nominal Defendant Below, | § | |
| Appellee. | § | |

Submitted: March 8, 2017
Decided: March 10, 2017

Before **STRINE**, Chief Justice; **HOLLAND** and **VALIHURA**, Justices.

# **O R D E R**

This is an unusual case involving the aftermath of a valid removal without cause of a general partner under a limited partnership agreement that is less than clear about the ramifications of that removal and thus gave rise to disputes between the removed general partner and the partnership about the removed general

partner's current status. Although rational minds could differ on the reading of the agreement, the Court of Chancery gave the agreement a reasonable reading and properly resolved the issues between the parties based on the record before it, and we therefore affirm its judgment dated November 27, 2013.[1]

NOW, THEREFORE, IT IS ORDERED that the judgment of the Court of Chancery is hereby AFFIRMED.

BY THE COURT:

*/s/ Leo E. Strine, Jr.*
Chief Justice

---

[1] *Policemen's Annuity and Benefit Fund of Chicago v. DV Realty Advisors LLC*, 2013 WL 6234202 (Del. Ch. Nov. 27, 2013).